UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E-filing

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JEFFREY BAILLY,<br>    Defendant. | No. 3-05-70616 EMC<br><br>ORDER GRANTING MOTION TO ISSUE SUMMONS |

Upon consideration of the government's Motion for Issuance of Summons, and for good cause shown, the government's Motion is hereby GRANTED, and a summons shall issue ordering defendant to appear before this Court on Friday, August 26, 2005 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 5 Aug 05

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

MOTION FOR ISSUANCE OF SUMMONS
3-05-70616 EMC