1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            )   No. CR-05- 615 JCS
                                        )
10                 Plaintiff,            )   **STIPULATION AND ORDER**
                                        )   **CONTINUING SENTENCING  DATE**
11  vs.                                  )
                                        )
12  JEFFREY T. BAILLY,                   )
                                        )
13                 Defendant.            )
                                        )
14  _____

15      The defendant's counsel will be out of the state on the date previously set for the

16  sentencing in this matter. The parties hereby stipulate that the sentencing date presently set for

17  January 13, 2006, be moved to January 26, 2006 at 9:30.

18

19  Dated: 12/20/05                     _____
                                         GEOFFREY A. HANSEN
20                                       Counsel for Defendant Bailly

21
    Dated: 12/22/05                     _____
22                                       MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney
23
    **IT IS SO ORDERED.**
24
       Dated: January 3, 2006
25                                       _____
                                         JOSEPH C. SPERO
26                                       United States Magistrate Judge

                                         1